# United States Court of Appeals for the Federal Circuit

_____

**KOSS CORPORATION,**
*Appellant*

v.

**BOSE CORPORATION,**
*Appellee*
_____

2022-2090
_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00297.

-------------------------------------------------

**KOSS CORPORATION,**
*Appellant*

v.

**BOSE CORPORATION,**
*Cross-Appellant*
_____

2023-1173, 2023-1179, 2023-1180, 2023-1191
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00612, IPR2021-00680.
_____

**JUDGMENT**
_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

                                                FOR THE COURT

<u>July 19, 2024</u>
    Date                                 Jarrett B. Perlow
                                         Clerk of Court